IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN CREDICO,<br><br>Plaintiff,<br><br>v.<br><br>OIG FRANK ADAMO, UNKNOWN PHILA FOOD SERVICE STAFF, and FDC OFFICER JAMESON,<br><br>Defendants. | CIVIL ACTION<br>NO. 17-195 |

## ORDER

**AND NOW**, this 13th day of March, 2018, upon consideration of all pending motions, and all responses and replies thereto, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss the Complaint and Amended Complaint and for Summary Judgment (Docket No. 17) is **GRANTED**;

2. This matter is **DISMISSED** with prejudice;

3. Plaintiff's Motion for Leave to File (Docket No. 21) is **DENIED**; and

4. The Clerk of Court shall close this matter.

                                                     **BY THE COURT:**

                                                     /s/ Jeffrey L. Schmehl
                                                   Jeffrey L. Schmehl, J.